IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES EVANS III, | ) | 8:12CV162 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA BEEF, INC., | ) | |
| NEBRASKA BEEF, LTD., KEN | ) | |
| BELL, JERRY BENINATO, | ) | |
| MARVIN SCHRECK, MIKE | ) | |
| THATCHER, JAMES | ) | |
| TIMMERMAN, DOLESE TIPPERY, | ) | |
| MARIO VILLARREAL, and YAS | ) | |
| YOKOZEKI, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 23rd day of May, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge